POSNICK-NONAS CO., INC., v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ANNIE RINZLER v. PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE DENKER.— Motion denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GEORGE L. SANBORN v. JACOB AMRON and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Martin O'Malley and Proskauer, JJ.

DMYTRO CHAIKA v. CORNELIUS VANDENBERG.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAMUEL SALVIN v. ARTHUR S. FRIEND and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of CHARLES L. RIKER and Others against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EUSTACCHIO FRASCATI v. JOHN LA PERFIDO.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of JOSEPH T. LEE, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JULIA H. W. SAWTELLE v. WM. A. WHITE AND SONS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALLIED MUTUALS LIABILITY INSURANCE COMPANY v. INTERSTATE CORK COMPANY, INC., and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ZUZI STANEK v. WILLIAM KENT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEAUTICRAFT SILK ARTS CO., INC., v. GEORGE E. NICHOLSON and SAMUEL KOFFLER, Attorney.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK E. NEUMAN v. GEORGE W. NEWGASS.— Motion granted and plaintiff restrained from disposing or otherwise making use of records until provisions of the order entered upon determination of the appeal shall have been complied with. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN J. FORSHAW and Another, etc., v. LOUIS LEAVITT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FELIX STRAKOWSKI v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.